**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL CASE NO. 1:17-mj-00034-MR-DLH**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| **RONALD A. ADWATERS,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's Unopposed Motion to Modify Conditions of Probation to Allow Temporary Out of District Travel. [Doc. 22]. Counsel for the Government and the Defendant's supervising probation officer have advised the Court that they do not oppose the Defendant's request.

For the reasons stated in the Defendant's motion, and in light of the consent of the Government and the Defendant's probation officer,

**IT IS, THEREFORE, ORDERED** that the Defendant's Unopposed Motion to Modify Conditions of Probation to Allow Temporary Out of District Travel [Doc. 22] is **GRANTED**, and the Defendant's conditions of probation

are hereby **MODIFIED** so as to allow him to travel out of district from February 11 through February 18, 2018.

The Clerk is directed to serve a copy of this Order on the Defendant, counsel for the Government, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: January 8, 2018

Martin Reidinger
United States District Judge